UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:13cv23662-

LEHMAN COMMERCIAL PAPER INC.,
a New York corporation,

        Plaintiff,

vs.

ERIC D. SHEPPARD, an individual
and PHILIP WOLMAN, an individual,
jointly and severally,

        Defendant(s).
_____/

## COMPLAINT

Plaintiff, LEHMAN COMMERCIAL PAPER INC., ("Lehman Commercial" or "Lender"), as successor in interest to LEHMAN BROTHERS HOLDINGS INC., a Delaware corporation ("Lehman Brothers" or "Predecessor Lender"), with respect to the contract at issue on this litigation, by and through the undersigned counsel, sues Defendants, ERIC D. SHEPPARD and PHILIP WOLMAN (collectively, the "Guarantors"), jointly and severally, and states as follows:

### Venue and Subject Matter Jurisdiction

1.    This is an action for damages pursuant to a personal guaranty of certain recourse obligations in excess of $75,000, exclusive of fees, costs, and interest.

2.    This Court has subject matter jurisdiction over this cause pursuant to 28 U.S.C. §1332(a)(1).

3.    Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(1) as the Defendants reside in Miami-Dade County, Florida.

Case 1:13-cv-23662-FAM   Document 1   Entered on FLSD Docket 10/10/2013   Page 2 of 6

Lehman Commercial Paper Inc. v. Sheppard, et. al.
Case No.:

### Parties, Background and Jurisdiction

4. Lender is a New York corporation incorporated under the laws of New York with its principal place of business in New York, and is therefore a citizen of that State.

5. Guarantors are each citizens of Florida who reside in Florida.

6. This Court has jurisdiction over this lawsuit pursuant to 28 U.S.C. §1332 because Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds the jurisdictional minimum of $75,000, exclusive of interest and costs.

### Employment of Counsel

7. Lender has employed the undersigned Law Firm and its attorneys in connection with this matter and has obligated itself to pay said attorneys a reasonable fee for their services and to reimburse counsel for expenses in connection herewith.  Lender is entitled to recover such fees and costs from the Guarantors pursuant to the express terms of the Guaranty.

### Conditions Precedent

8. All conditions precedent to the bringing of this action have occurred, have been satisfied, or have been waived.

### COUNT I: BREACH OF PERSONAL GUARANTY

9. Lender reasserts and realleges the allegations set forth in paragraphs 1 through 8 as if fully set forth herein.

10. On or after November 22, 2006, Lender's predecessor in interest to the Guaranty (as defined *infra*), as lead arranger and administrative agent for itself and certain co-lenders, lent non-party, WSG 34th STREET, LLC, a Florida limited liability company ("WSG"), approximately $21,000,000.00 secured by, among other things, certain real property located in Miami-Dade County, Florida (the "Loan").  The Loan was evidenced by, among other things, a

Lehman Commercial Paper Inc. v. Sheppard, et. al.
Case No.:

promissory note, mortgage, and loan agreement (collectively referred to as the "Loan Documents").

11.     On or about the same date, Guarantors executed and delivered to Predecessor Lender an absolute and unconditional guaranty of certain of WSG's obligations under the Loan Documents (the "Guaranty," a copy of which is attached hereto as Exhibit "1") (See Guaranty ¶ 2 (a)).

12.     The Guaranty is governed by the laws of the State of New York.  (See Guaranty ¶ 17).

13.     On November 4, 2009, Lehman Brothers assigned the Loan Documents to Lehman Commercial pursuant to that certain Assignment of Mortgage dated November 4, 2009, recorded on November 18, 2009 in the Public Records of Miami-Dade County, Florida, at Official Records, Book 27086 at page 4700, and that certain Assignment of Assignment of Leases and Rents dated November 4, 2009, recorded on November 18, 2009 in the Public Records of Miami-Dade County, Florida, at Official Records, Book 27086 at Page 4705.  On November 4, 2009, Lehman Commercial assigned the Loan Documents to nonparty Lehman Re Ltd, a Bermuda corporation pursuant to an Assignment of Mortgage dated November 4, 2009, recorded on November 18, 2009 in the Public Records of Miami-Dade County, Florida, at Official Records, Book 27086 at page 4711.  On March 29, 2012, Lehman Commercial reacquired the Loan Documents from nonparty Lehman Re Ltd pursuant that certain March 29, 2012 Assignment and Assumption; Assignment of Mortgage dated April 4, 2012, recorded on May 8, 2012 in the Public Records of Miami-Dade County, Florida, at Official Records, Book 28101 and Page 2674; and Assignment of Assignment of Leases and Rents  dated April 4, 2012,

Lehman Commercial Paper Inc. v. Sheppard, et. al.
Case No.:

recorded on May 8, 2012 in the Public Records of Miami-Dade County, Florida at Official Records, Book 28101 and page 2679; and that certain March 29, 2012 Allonge.

14. Lehman Commercial is the successor in interest to Lehman Brothers with respect to the Loan and is now the owner and holder of the Loan and the Loan Documents, including the subject Guaranty.

15. Pursuant to the Guaranty, Guarantors absolutely, unconditionally, and irrevocably guaranteed the payment of the outstanding principal balance of the Loan limited to a top cap amount of Eight Million Dollars ($8,000,000), and all other Guaranteed Obligations, as defined in the Guaranty ("the Top Cap Amount"). (See Guaranty ¶ 2 (b), (c)).

16. The Loan Matured on its own terms on June 9, 2008, at which point the entire amount of the Loan and other indebtedness was due and owing.

17. In accordance with Paragraph 14(a) of the Guaranty, predecessor lender, Lehman RE LTD., made demand on Guarantors, who have not paid the amounts for which they are responsible under the Guaranty. (A copy of the Default Notices is attached hereto as Composite Exhibit "2").

18. On or about May 1, 2013, Lehman Commercial obtained that certain Final Judgment of Foreclosure against WSG concerning the subject Loan (the "Foreclosure Judgment," a copy of which is attached hereto as Exhibit "3"). The amounts awarded pursuant to the Foreclosure Judgment are as follows:

    a. $25,967,539.65 in total outstanding principal (including protective advancements);
    b. $82,951.86 in accrued interest, plus applicable per diem;
    c. $10,095,241.62 in default interest, plus applicable per diem;
    d. $100,786.52 in late fees;

Lehman Commercial Paper Inc. v. Sheppard, et. al.
Case No.:

      e.   $25,000.00 in attorneys' fees;

      f.   plus statutory costs and other expenses incurred in connection with this action and the foreclosure action.

subtotal $36,271,519.65

19.     On or about July 2, 2013, Lender assigned the Foreclosure Judgment to FL CS Collins Avenue LLC by that certain Assignment of Final Judgment of Foreclosure dated July 2, 2013, a copy of which is attached hereto as Exhibit "4."  On or about October 8, 2013, FL CS Collins Avenue LLC assigned back to Lender any and all unsatisfied portion of the Foreclosure Judgment by that certain Assignment of Final Judgment of Foreclosure dated October 8, 2013, a copy of which is attached hereto as Exhibit "5".

20.     After the collateral, secured by the underlying Loan Documents, was sold, the Foreclosure Judgment was left unsatisfied by an amount greater than the Top Cap Amount and remains unsatisfied despite demand.

21.     Guarantors owe Lender an amount of damages to be determined by the Court but which exceeds the Court's jurisdictional threshold of $75,000.00, and all other Guaranteed Obligations set forth in the Guaranty, which remain outstanding or that arise during the course of this litigation.

22.     Lender has been damaged due to the Guarantors' breach of the Guaranty.

Lehman Commercial Paper Inc. v. Sheppard, et. al.
Case No.:

**WHEREFORE,** Lender demands judgment against Guarantors, jointly and severally, for damages, plus pre-judgment and post-judgment interest, costs, and attorneys' fees pursuant to Guaranty ¶ 26, and any other relief that this Court deems just and proper.

Dated: October 10, 2013

        **WOODBURY, SANTIAGO & CORREOSO, P.A.**
        Counsel for Plaintiff
        9100 S. Dadeland Blvd., Suite 1702
        Miami, FL 33156
        Telephone (305) 670-9580
        Facsimile (305) 670-2170
        Michael.Woodbury@woodbury-santiago.com
        Robert.Santiago@woodbury-santiago.com
        Michelle@woodbury-santiago.com
        Service@woodbury-santiago.com

        By:/s/ Michelle Diaz Cofiño
            Michael P. Woodbury (FBN 983690)
            Robert P. Santiago (FBN 62650)
            Michelle Diaz Cofiño (FBN 27684)