UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **13-23662-CIV-MORENO**

LEHMAN COMMERCIAL PAPER, INC., a New
York Corporation,

    Plaintiff,

vs.

ERIC D. SHEPPARD, an individual, and PHILIP
WOLMAN, an individual,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Voluntary Dismissal with Prejudice **(D.E. 15)**, filed on **March 18, 2014**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.

**ADJUDGED** that in light of the parties settling this action this case is **DISMISSED** with prejudice in accordance with the settlement agreement, with each party bearing its own fees and costs. Fed.R.Civ.P. 41(a)(1)(A)(ii). The Court shall retain jurisdiction to enforce the terms of the settlement agreement for 180 days. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of March, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record